# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 18-50315
Troy Donald Richardson )
) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
DEBTOR(S) )
) TRUSTEE'S OBJECTION TO DEBTOR(S)
) MOTION FOR A HARDSHIP DISCHARGE
)
) TRUSTEE'S REQUEST FOR HEARING
)

CHAPTER 13
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby objects to the

__X__ Debtor(s) Motion for a Hardship Discharge

_____ Debtor(s) Motion to Complete Plan Earlier than the Applicable Commitment Period

The debtor(s) have not supplied sufficient information for the Trustee to evaluate whether the modification represents the debtor(s) best efforts pursuant to 11 USC Section 1325(b)(1)(B). The Trustee requests that the debtor provide additional documents so the proposed modification may be evaluated. The additional documents requested are:

__X__ Updated paystubs for the debtor(s) either pension statement and/or bank statements

_____ The most recent filed tax return for the debtor(s)

_____ Any other documentation related to the requested modification (i.e. 401k documentation, settlement statement on another lawsuit,
proof of contribution from a family member, etc.)

__X__ Amended Schedules I and J

_____ Affidavit of Family Member or Friend supplying funds to the debtor(s)

_____ 

WHEREFORE, the Trustee hereby requests the Court sustain the Trustee's objection if these documents and other information are not provided to the Trustee's Office and further requests a hearing on this matter.

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

## CERTIFICATE OF SERVICE

      I hereby certify that on 02/24/2021, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

Troy Donald Richardson
247 Woodhaven Dr
Copley, OH  44321

<u>Via ECF</u>

ROBERT M WHITTINGTON (robertwhittington0@gmail.com)
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

Date of Service: 02/24/2021               By: H. Byler
                                                   Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH  44308
(330)762-6335
Fax
(330)762-7072